**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ARMANDO ROSALES,<br><br>                              Petitioner,<br><br>                    v.<br><br>RAYMOND MADDEN, Warden,<br><br>                              Respondent. | Case No. LACV 17-6086-RSWL (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted;

2.      Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

3.      The Clerk serve copies of this Order on the parties.


DATED: 2/27/2018                        s/ RONALD S.W. LEW
                                        HONORABLE RONALD S.W. LEW
                                        UNITED STATES DISTRICT JUDGE

2