UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ARMANDO ROSALES,

                          Petitioner,

          v.

RAYMOND MADDEN, Warden,

                          Respondent.

Case No. LACV 17-6086-RSWL (LAL)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2/27/2018                    s/ RONALD S.W. LEW
                                    HONORABLE RONALD S.W. LEW
                                    UNITED STATES DISTRICT JUDGE